FILED
JUN 2 3 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ tm
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CAUSE NO. EP-21-CR- |
| Plaintiff, | § **INDICTMENT** |
| v. | § CT 1: 18 U.S.C. § 111(a)(1) & (b)- Assault of a Federal Officer |
| MIGUEL MARTINEZ, | § CT 2: 18 U.S.C. § 1361 – Damage to Government Property Under $1,000 |
| Defendant. | |

THE GRAND JURY CHARGES:

EP21CR1063

**COUNT ONE**
(18 U.S.C. §§ 111(a)(1) & (b))

That on or about June 6, 2021, in the Western District of Texas, Defendant,

**MIGUEL MARTINEZ,**

knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely: J.E., a United States Border Patrol Agent, while he was engaged in and on account of his official duties, and where such act involved the use of a dangerous and deadly weapon, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

**COUNT TWO**
(18 U.S.C. § 1361)

That on or about June 6, 2021, in the Western District of Texas, Defendant,

**MIGUEL MARTINEZ,**

willfully and by means of throwing a screwdriver from a moving vehicle, did injure and commit a depredation against property of the United States and of any department and agency thereof, to wit: the United States Border Patrol, specifically the windshield of a United States Border Patrol vehicle, and the resulting damage was less than $1,000, in violation of Title 18, United States Code, Section 1361.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney